[Nos. 10714-7-II; 11065-2-II.  Division Two.  December 9, 1988.]

RAVEN MATERIALS, INC., *Respondent,* v. CELOTEX
CORPORATION, *Appellant.*

Appeals from a judgment of the Superior Court for
Pierce County, No. 85-2-06724-5, J. Kelley Arnold, J.,
entered January 16, 1987. *Affirmed* by unpublished opinion
per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 21394-6-I.  Division One.  December 12, 1988.]

WASHINGTON CREDIT UNION, *Respondent,* v. ANTHONY
JORDAN, ET AL, *Defendants,* CASSANDRA
DELAFLEURE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 87-2-00290-8, Joseph A. Thibodeau,
J., entered November 3, 1987. *Reversed* by unpublished
opinion per Webster, J., concurred in by Williams, J., and
Schumacher, J. Pro Tem.

[No. 21467-5-I.  Division One.  December 12, 1988.]

JOSEPH D. LANDREVILLE, *Appellant,* v. SHORELINE
COMMUNITY COLLEGE DISTRICT NO. 7, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 83-2-08121-1, Arthur E. Piehler, J., entered
November 20, 1987. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Webster and Winsor, JJ. Now
published at 53 Wn. App. 330.